# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARVIN MORAN,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 77267

FILED

DEC 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a "Notice of Intent; Civil Rights Complaint." Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from an order denying a "Notice of Intent; Civil Rights Complaint" in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-908222

cc: Hon. Douglas Smith, District Judge
Marvin Moran
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA